IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JULIA CASAS | § | |
| | § | CIVIL ACTION NO. 7:15-00428 |
| VS. | § | |
| | § | JURY DEMANDED |
| ALLSTATE TEXAS LLOYDS | § | |
| ALLSTATE TEXAS LLOYDS | § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, JULIA CASAS and Defendant, ALLSTATE TEXAS LLOYD, file this, the Parties' Agreed Stipulation of Dismissal with Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and would show the Court as follows:

1. On September 4, 2015, Plaintiff, JULIA CASAS sued Defendant.

2. Plaintiff, JULIA CASAS, moves to dismiss her suit.

3. Defendant agrees to the dismissal of JULIA CASAS' claims.

4. This case is not a class action.

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for the dismissal of JULIA CASAS' case.

9. Plaintiff has not previously dismissed any federal court or state court suit based on or including the same claims as those presented in this case.

10. This dismissal is *with* prejudice to re-filing.

Respectfully submitted,

BY: /s/ David M. Roerig
  David M. Roerig
  Attorney in Charge
  Federal ID No. 915786
  State Bar No. 24060513
  10225 North 10th Street
  McAllen, Texas 78504
  (956) 393-6300
  (956) 386-1625 (Fax)


BY: /s/ Vicente Gonzalez
Vicente Gonzalez
ATTORNEY IN CHARGE
STATE BAR NO. 00798215

Of Counsel
V. Gonzalez & Associates, PC
121 N. 10th Street
McAllen, Texas 78501
956-630-3266
956-630-0383--facsimile
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing document has been electronically mailed to the Attorney for Plaintiffs, as follows:

Vicente Gonzalez
V. Gonzalez & Associates, PC
121 N. 10th Street
McAllen, Texas  78501
956-630-3266
956-630-0383--facsimile

on this 13th day of July, 2016.

/s/ David M. Roerig
DAVID M. ROERIG