United States District Court
Southern District of Texas
**ENTERED**
July 13, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

JULIA CASAS, §
§
　　　Plaintiff, §
VS. § CIVIL ACTION NO. 7:15-CV-428
§
ALLSTATE INSURANCE COMPANY, §
§
　　　Defendant. §

## ORDER ON STIPULATION OF DISMISSAL

After considering the parties' stipulation of dismissal, the Court

GRANTS the stipulation and dismisses Plaintiff, JULIA CASAS' claims asserted against

Defendant, ALLSTATE TEXAS LLOYDS with prejudice.

IT IS FURTHER ORDERED ADJUDGED AND DECREED that Court costs will be

paid by the party incurring same.

SO ORDERED this 13th day of July, 2016, at McAllen, Texas.

_____
Randy Crane
United States District Judge